FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 28 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
     v.                    )     2:11-CR-231-HDM (CWH)
                           )
BEAU THOMAS HASSEY,        )
                           )
            Defendant.     )

### FINAL ORDER OF FORFEITURE

On September 15, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant Beau Thomas Hassey to a criminal offense, forfeiting specific property alleged in the Criminal Indictment, the Bill of Particulars and the Amended Bill of Particulars and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant Beau Thomas Hassey pled guilty. Docket #1, #19, #22, #25, #28.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 17, 2011, through October 16, 2011, notifying all third parties of their right to petition the Court. #31.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3); and Title 21, United
7  States Code, Section 853(n)(7) and shall be disposed of according to law:

  a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

  b) Buffalo external hard drive with power supply, bearing serial number 95504480938162;

  c) Seagate external hard drive with power supply, bearing serial number 9QF2F1NC;

  d) Western Digital external hard drive with power supply, bearing serial number WCAVY5774266T; and

  e) Mystique desktop computer, unknown serial number.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 28th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE