UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00231-HDM-CWH |
| Plaintiff, | |
| v. | ORDER |
| BEAU THOMAS HASSEY, | |
| Defendant. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

IT IS SO ORDERED.

DATED: This 7th day of May, 2026.

_Howard D McKibben_

UNITED STATES DISTRICT JUDGE

1